IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**MICHAEL AND JULIE MADISON**,

    Plaintiffs,

                                   Case No: 09-cv-10238

vs.

**BOCKSTANZ ENTERPRISES, INC. d/b/a
MARLETTE CHRYSLER DODGE JEEP RV,
AMERICAN MEDICAL SECURITY, INC AND
UNITED WISCONSIN LIFE INSURANCE COMPANY**

    Defendants.

___

## STIPULATED ORDER OF DISMISSAL

At a session of said Court, continued and held
in the Federal Building in the City of Detroit,
State of Michigan, on October 7, 2009._____

PRESENT:   HON. PATRICK J. DUGGAN
                       U.S. DISTRICT COURT JUDGE

    This Honorable Court, having reviewed the undersigned stipulation of the parties, does;

    ORDER that this matter be, and the same hereby is, dismissed with prejudice and without costs to any party.

    This resolves the last pending claim and closes the case.

                                     S/Patrick J. Duggan_____
                                     Patrick J. Duggan
                                     United States District Judge

Dated: October 7, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 7, 2009, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager

Stipulated to by:

s/ Nicole M. Winston
Attorney for Plaintiffs

s/ with consent of Suzanne P. Bartos
Attorney for Defendant Marlette Chrysler

s/ with consent of John E. Filcher
Attorney for Defendant United Wisconsin